Henry R. Velde et al., Trading as Velde Lumber Company, Appellees, v. C. C. Reardon and Marie Reardon, Executors of Estate of William J. Reardon, Deceased, Appellants.

Gen. No. 9,401.

Heard in this court at the February term, 1944; opinion filed February 29, 1944; rehearing denied April 22, 1944. N. D. Reardon, for appellants; Ralph Dempsey and Robert B. Horner, of counsel; Dale E. Sutton, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

Franklin Life Insurance Company, Appellee, v. Robert B. Edwards et al. (John R. Snively, Appellant.)

Gen. No. 9,928.

Heard in this court at the October term, 1943; opinion filed February 16, 1944; rehearing denied May 2, 1944. John R. Snively, *pro se;* Frank P. North, for appellee. Opinion by JUSTICE HUFFMAN. Not to be published in full.